**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRIAL FUND, et al.,

                             Petitioners,                 20 **CIVIL** 0976 (VSB) (OTW)

       -against-                            **JUDGMENT**

L.A. MAYS INC.,

                            Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated November 23, 2020, the Report and Recommendation is adopted

in its entirety; the Petition is granted and the arbitration award is confirmed in full; Respondents

are directed to pay Petitioners $2,400 in damage; Petitioners are also awarded $997.50 in

attorney's fees and costs and post-judgment interest in accordance with 28 U.S.C. § 1961(a);

accordingly, this case is closed.

**Dated:**  New York, New York
           November 23, 2020

                        **RUBY J. KRAJICK**
                     _____
                      **Clerk of Court**
          **BY:**
                      **Deputy Clerk**